UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERSON ACOSTA,

                Plaintiff,

-against-                        24cv9635 (LTS)

OTIS BANTUM CORRECTIONAL         CIVIL JUDGMENT
FACILITY, ET AL.,

                Defendants.

For the reasons stated in the March 17, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 19, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge